IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CALEB M. BRIAN                                                              PLAINTIFF

        v.                              Civil No. 09-6111

SHERIFF LARRY SANDERS;
CAPTAIN MELVIN STEED;
LT. RADLEY; DEPUTY JOSH
CANNON; DEPUTY DELAHUNT;
DEPUTY DORRIS; and DEPUTY R.J.
DUNN                                                                      DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Caleb M. Brian filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  His complaint was filed *in forma pauperis* (IFP).

On September 24, 2010, I entered an order (Doc. 17) granting the Defendants' motion to compel. Brian was directed to provide the Defendants with discovery responses by October 13, 2010.  Defendants filed a motion to dismiss (Doc. 18) indicating they have not received the discovery responses from the Plaintiff.  Plaintiff has not responded to the motion to dismiss.

I therefore recommend that the Defendants' motion to dismiss (Doc. 18) be granted.  This case should be dismissed based on Brian's failure to comply with the order of the Court and his failure to prosecute this action.  *See* Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 29th day of April 2011.

/s/ *J. Marschewski*
_____
  HON. JAMES R. MARSCHEWSKI
  CHIEF UNITED STATES MAGISTRATE JUDGE